IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | PO 123-026 |
| | ) | |
| LARISSA W. RANALDSON | ) | |

**O R D E R**

    Defendant requested a bench trial before the undersigned, set for June 27, 2023, contesting the citation issued through the Central Violations Bureau. However, Defendant recently paid the collateral forfeiture, which ends the case pursuant to Federal Rule of Criminal Procedure 58(d)(1). The Court **DIRECTS** the Clerk of Court to **TERMINATE** any pending motions and **CLOSE** the case.

    SO ORDERED this 9th day of June, 2023, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA